ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                        )
                                                   )
Oklahoma Department of Rehabilitation              )   ASBCA No. 62263
  Services                                         )
                                                   )
Under Contract No. W9124L-19-D-0001                )

APPEARANCE FOR THE APPELLANT:          Grant E. Moak, Esq.
                                         Assistant Attorney General
                                         Oklahoma City, OK

APPEARANCES FOR THE GOVERNMENT:        Scott N. Flesch, Esq.
                                         Army Chief Trial Attorney
                                       MAJ Nicholas Lucchetti, JA
                                         Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 25, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62263, Appeal of Oklahoma Department of Rehabilitation Services, rendered in conformance with the Board's Charter.

Dated:  January 26, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals